UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TRAVIS LIKE, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:15CV172 ACL |
| IAN WALLACE, | ) |
| Defendant. | ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's pro se complaint. In his handwritten complaint before this Court, plaintiff asserts that his civil rights are being violated by the administrative staff at Southeast Correctional Center ("SECC"). Plaintiff claims that because he is in administrative segregation at SECC that he has been denied access to his legal materials.

The Court will provide plaintiff a court-form to properly draft his complaint, *see* Local Rule 2.06(A), and plaintiff will be required to submit a motion to proceed in forma pauperis along with a prison account statement, *see* 28 U.S.C. § 1915(a) or pay the full filing fee in this action.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form Prisoner Civil Rights Complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's Motion to Proceed in Forma Pauperis - Prisoner Cases.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the court will dismiss this action without prejudice. If the case is dismissed, the dismissal will not constitute a "strike" under 28 U.S.C. § 1915(g).

Dated this 2nd day of October, 2015

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE