# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| TRAVIS LIKE, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:15CV172 ACL |
| IAN WALLACE, | ) |
| Defendant, | ) |

## OPINION, MEMORANDUM AND ORDER

Before the Court is plaintiff's notice that he has been unable to ascertain extra "legal supplies" to send out his legal mail. He requests an order from this Court to require Southeast Correctional Center ("SECC") honor his request to order additional supplies to assist him in filing his § 1983 civil rights complaint.

On October 2, 2015, the Court provided plaintiff with a copy of the Court's 42 U.S.C. § 1983 civil rights complaint form, as well as a copy of the Court's blank motion to proceed in forma pauperis form. All that was required of plaintiff was to fill out the forms, as well as request a copy of his certified account statement from the prison, and send them back to the Court within the time provided. If plaintiff needed additional time, he could request additional time as needed. The Court is therefore puzzled by plaintiff's request for "supplies," as no additional supplies are necessary to file his civil complaint in this Court. Plaintiff's request for a court order will therefore be denied. Plaintiff will, however, be given an additional thirty (30) days to submit his complaint in this action, along with his motion to proceed in forma pauperis and his prison account statement.

Accordingly,

**IT IS HEREBY ORDERED** plaintiff's request for a court order to require SECC to allow him to order additional supplies to assist him in the filing of his § 1983 civil rights complaint [Doc. #3] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form Prisoner Civil Rights Complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's Motion to Proceed in Forma Pauperis - Prisoner Cases.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order in a timely matter, this action will be dismissed, without prejudice.

Dated this 3rd day of November, 2015

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE